Case 1:11-mi-00010-JEC   Document 3   Filed 03/30/11   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 30 2011

JAMES N. HATTEN, Clerk
By: / Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | CIVIL ACTION |
| THE TAX INDEBTEDNESS OF   MARCUS | : | |
| A. KREJCI, | : | MISC. NO. 1:11-mi-00010-JEC-RGV |
| 60 Burdette Road N.W. | : | |
| Atlanta, Georgia 30327 | : | |

**RETURN TO COURT**

COMES NOW Revenue Officer Earl Hudley, Jr., of the Internal Revenue Service, and shows the Court the following:

1.

On January 28, 2011, at 9:50 a.m., I executed the attached Order of Entry on Premises to Effect Levy. Attached hereto is a copy of Form 2433, Notice of Seizure which lists property that was seized on that date pursuant to the attached Order.

2.

Having duly executed the attached Order for Entry on Premises to Effect Levy, a copy of that executed Order is returned herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2011.

Earl Hudley, Jr.
Revenue Officer
Internal Revenue Service

Subscribed, sworn to, and returned before me this 30th day of March, 2011.

Russell G. Vineyard
Magistrate Judge

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 27 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF MARCUS A. KREJCI, 60 Burdette Road N.W. Atlanta, Georgia 30327 | : CIVIL ACTION <br> : <br> : MISC. NO. <br> : **1 11 MI-0010** |

### ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for Earl Hudley, Jr., a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 60 Burdette Road NW, Atlanta, GA 30327, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Marcus A. Krejci, which are subject to levy by the United States pursuant to I.R.C. § 6331, are located on or within the premises described,

**IT IS HEREBY ORDERED** that Earl Hudley, Jr. and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 20 days of the date of this order.

**IT IS FURTHER ORDERED** that if Marcus A. Krejci, or any other occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

**IT IS FURTHER ORDERED** that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

**SO ORDERED** this 27R day of January, 2011.

*Russell G. Vinyard*
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF GEORGIA

Presented by
*R. David Powell*
R. David Powell
Assistant U.S. Attorney

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 27 2011

James N. Hatten, Clerk
By: Deputy Clerk

- 2 -

## 2433 Supplemental --- Inventory Listing
Seizure ID: 11-05-03-073

**Property Description**

Krieger Gigantum Watch (men's) leather band

Toss Watch (men's)

Luminor GMT (men's) watch silver link band

Luminor Panerai (men's) watch

Cartier men's watch

Misc. lot of foreign currency

German clog figurine

Zhengda set

Ear buds autographed by Miles Davis

Bose headphones

Apple I Phone

Swarovski Blue Diamond earrings

Ray Ban men's sunglasses

Black and Diamond necklace

Sony laptop

Monster I Card Play

Pair of cuff links

Phillips 42 inch Flat screen TV  model 42FD9954, S/N 73568064

Samsung 65 inch flat screen TV with wall brackets, model UN65C6500VF, S/n Z2543CKZ900085K

Pioneer 50 inch Elite plasma TV will wall brackets, Model PRO-1010HD, S/N EEPM102722UC

Pioneer 50 inch Elite Plasma TV with wall brackets, Model PRO-1010HD, S/N EEPM102184UC

Samsung 55 inch TV, Model YN55C6300SF, S/N Z1R93CNZ609127B

Sony Bravial 46 inch, flat screen TV, Serial #1206041, Model # KDL-4654100

Samsung 55 inch, flat screen TV Model #UN55C6300SF, S/N Z1R93CNZ600444F

Black walnut oval table with 6 white chairs

Leather cream chair and sofa

Brown weaved chair

2 chrome & wood end tables

4 Piece black walnut bedroom furniture--queen size bed

Cream colored "Ostrich" bed with rails and foot board

Revenue Officer Signature                                   Date

*E. /s/ signature*                                          2-16-11

Auction Website: www.ustreas.gov/auctions/irs                          Page 1 of 8

# 2433 Supplemental — Inventory Listing
## Seizure ID: 11-05-03-073

**Property Description**

Misc. lot of candle holders

Large clear vase with tree limbs

Pair of white lamps with black shades

Pair of marble lamps with white shades

Pair of brown marble lamps with white shades

Pair of stainless steel lamps with white shades

Pair of black wooden lamps with white shades

Silver lamp with black shade

Misc. lot of candle holders, CD's, measuring mixer/pitcher, hair styling equipment

Pair of stainless steel lamps with amber shades

Misc. lot of candle holder, tissue paperholder, small decorative stand

Fireplace screen

Large espresso mirror

Pair of medium size brown mirrors

Pair of small brown mirrors

Light wood colored table

Large metal planter

Small metal planter

Glass top wood base table

Hewlett Packard Laser jet printer

Epson Scanner LHNY007686

Dirt Devil vacuum Model #086700W

Russian Language learning kit

In Motion Dock

Panasonic DVD player

Misc. lot of shadow boxes, candles, coasters, book, incense holder, dollface, wooden figurines, spa bell

Misc. lot of designer jeans

Misc. lot of safety mask, Craftsman bit set, Kimberly Clark booties

Pair of lamp shades only

Sunshine Forest River trailer  S/N 5NHUNSV22BU101252

Revenue Officer Signature

*E. Hudy*

Date

2-16-11

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:11-mi-00010-JEC
## Internal Use Only

RE: In the Matter of the Tax Indebtedness of Marcus A. Krejci
Assigned to: Judge Julie E. Carnes
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

Date Filed: 01/27/2011
Date Terminated: 01/27/2011
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

### Plaintiff

**United States of America**     represented by **Robert David Powell**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6004
Email: R.David.Powell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2011 | 1 | APPLICATION for Order to Enter Premises to Effect Levy by United States of America. (Attachments: # 1 Text of Proposed Order, # 2 Civil Cover Sheet)(eop) (Entered: 01/27/2011) |
| 01/27/2011 |  | Submission of 1 APPLICATION for Order to Enter Premises to Effect Levy, submitted to Magistrate Judge Russell G. Vineyard. (eop) (Entered: 01/27/2011) |
| 01/27/2011 | 2 | ORDER GRANTING 1 APPLICATION for Order to Enter Premises to Effect Levy. Signed by Magistrate Judge Russell G. Vineyard on 1/27/11. (eop) (Entered: 01/28/2011) |
| 01/27/2011 |  | Miscellaneous Case Terminated. (eop) (Entered: 01/28/2011) |